UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARSHALL THOMAS, III<br><br>    *Plaintiff*<br><br>v.<br><br>U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR18, and SELECT PORTFOLIO SERVICING, INC.<br><br>    *Defendants* | C.A. NO. 19-10645-PBS<br><br><br><br><br><br>**REVISED JOINT STATEMENT FOR SCHEDUILING CONFERENCE** |

      In accordance with this Court's Notice of Scheduling Conference entered on May 3 and continued on May 29, 2019 [ECF Nos. 11, 14], and in advance of the Scheduling Conference set for <u>June 25, 2019 at 2:00 p.m.</u>, Plaintiff Marshall Thomas, III ("Plaintiff" or "Thomas") and Defendants U.S. Bank N.A, Successor Trustee to Bank of America, N.A., Successor in Interest to Lasalle Bank, N.A., as Trustee, on Behalf of WaMu Mortgage Pass-Through Certificates, Series 2006-AR18 ("U.S. Bank"), and Select Portfolio Servicing, Inc. ("SPS") (collectively, the "Defendants"), submit the following Joint Statement in accordance with Fed. R. Civ. P. 16(b), Fed. R. Civ. P. 26(f) and Local Rule 16.1.

1

I.   **Certification of Conference**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(b), counsel have conferred regarding the preparation of a proposed discovery and pretrial schedule.

II.  **Proposed Agenda for Scheduling Conference**

1. Discussion of Proposed Discovery Plan and Schedule for Filing Motions; and

2. Such other matters as the Court may find appropriate and useful to discuss.

III. **Proposed Discovery Plan and Schedule for Filing Motions**

The Parties agree that unless otherwise specified by the requesting party, a PDF or a TIF image is an acceptable file format for the production of documents, except for such documents that are not reasonably usable in a form when converted to a PDF or TIF file, such as Excel spreadsheet files, which always must be produced natively. The Parties agree that production of documents as they are kept in the ordinary course of business is an acceptable method of production.

The parties agree that this case does not call for phased discovery.

The following deadlines, unless otherwise ordered by the Court, shall control:

1. **Service of Initial Disclosures**: July 9, 2019;

2. **Completion of Written Discovery and Depositions**: November 29, 2019;

3. **Expert Discovery**: The Parties do not expect expert testimony at this time, but will report to the Court following the close of discovery if expert

disclosure will be necessary so that appropriate deadlines may be imposed; and

4. **Dispositive Motions**: January 31, 2019 (oppositions or cross-motions to be filed within 30 days).

## IV. Certification Pursuant to Local Rule 16.1(d)(3)

The certifications will be filed separately with the Court by the Parties in advance of the scheduling conference.

## V. Trial by Magistrate

The Parties do not consent to trial by Magistrate Judge.

Respectfully submitted,

| | |
|---|---|
| Plaintiff, | Defendants, |
| Marshall Thomas, III | U.S. Bank N.A., as Trustee, and |
| By counsel, | Select Portfolio Servicing, Inc., |
| | By counsel, |
| /s/ *Josef C. Culik* | /s/ *Peter F. Carr II* |
| Josef C. Culik (BBO #672665) | Peter F. Carr, II (BBO #600069) |
| Kristin L. Thurbide (BBO #694840) | ECKERT SEAMANS LLC |
| CULIK LAW PC | Two International Place, 16th Floor |
| 10 Post Office Square | Boston, MA 02110-2602 |
| Suite 800, South Tower | (617) 342-6800 |
| Boston, MA 02109 | (617) 342-6899 (Fax) |
| (617) 830-1795 | pcarr@eckertseamans.com |
| (617) 830-1576 (Fax) | |
| jculik@culiklaw.com | |
| kthurbide@culiklaw.com | |

Dated: June 17, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 17, 2019.

                              /s/ *Josef C. Culik*
                              Josef C. Culik